IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNARD RALPH GRAVES,
    Petitioner,

vs.                                                           3:10cv375/WS/MD

MIKE BABCOCK,
    Respondent.

## O R D E R

       This cause is before the court upon petitioner's filing a petition for writ of habeas corpus along with exhibits and an accompanying memorandum, pursuant to 28 U.S.C. § 2241 (doc. 1). He also filed a motion for limited, expedited discovery and a motion to fix time for filing an expedited answer. (Doc. 2 & 3). The petition appears to be in the proper form, the petitioner has submitted the appropriate service copies and the filing fee has been paid.

       Accordingly, it is ORDERED:

       The clerk of court is directed to furnish copies of the petition, including attachments, and this order to the Respondent and the United States Attorney for this district. Respondent shall have thirty (30) days from the date of this order in which to show cause, if any there be, why the relief requested should not be granted.

       Petitioner's request for limited discovery (doc. 2) is DENIED.

       Petitioner's motion to fix time for filing an expedited answer (doc. 3) is GRANTED to the extent this order has issued.

       DONE AND ORDERED this 15th day of October, 2010.

                                                /s/ *Miles Davis*
                                                **MILES DAVIS**
                                                **UNITED STATES MAGISTRATE JUDGE**