IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNARD RALPH GRAVES,

    Petitioner,

v.        3:10cv375-WS/MD

MIKE BABCOCK,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 20, 2011. See Doc. 14. The magistrate judge recommends that the petitioner's motion for summary judgment and petition for writ of habeas corpus be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation in light of the petitioner's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's motion for summary judgment (doc. 11) and petition for writ of habeas corpus (doc. 1) are DENIED with prejudice.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___28th___ day of ___February___, 2011.

                                      s/ William Stafford  
                                      WILLIAM STAFFORD  
                                      SENIOR UNITED STATES DISTRICT JUDGE